IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:13-cr-04045-FJG-1 |
| | ) | |
| JERRY LEE RUPPEL, | ) | |
| Defendant. | ) | |

## ACCEPTANCE OF PLEA OF GUILTY AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of United States Magistrate Judge Matt J. Whitworth (Doc. #13 filed on October 22, 2013 and entered into the record on February 20, 2014), to which no objection has been indicated, the plea of guilty to the Information filed on October 22, 2013, is now accepted. Defendant is adjudged guilty of such offense(s).

                                                                    */s/ Fernando J. Gaitan, Jr.*
                                                                   Fernando J. Gaitan, Jr.
                                                                   United States District Judge

Dated:  February 21, 2014
Kansas City, Missouri